UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILROY JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE KELLEY,<br><br>    Defendant. | No. 2:18-cv-1969 JAM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On May 13, 2019, plaintiff filed a document entitled "Motion for Temporary Injunction." (ECF No. 28.) Plaintiff appeared to be seeking help with access to his medical records. In an order filed June 7, the court ordered plaintiff to provide further information about what he has done to attempt to obtain access to his medical records. (ECF No. 30.) The court stated that if plaintiff failed to respond to the order, it would dismiss plaintiff's motion.

Plaintiff filed a document on July 8 which is addressed to the Attorney General. (ECF No. 31.) Therein, plaintiff appears to be raising issues about a request for production of

////

////

documents regarding defendant's training.[1]  It does not appear from this filing that plaintiff remains concerned about his access to his medical records.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's May 13, 2019 motion for a temporary injunction (ECF No. 28) is dismissed without prejudice.

Dated:  July 11, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/john1969.tro dsm

---

[1] Plaintiff is informed that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.